PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAMANDEEP SINGH,<br><br>                Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>                Defendants. | CASE NO. 2:23-CV-00495-WBS-AC<br><br>STIPULATION AND ORDER TO HOLD CASE IN TEMPORARY ABEYANCE |
|---|---|

The Defendants respectfully request to hold this case in temporary abeyance through December 21, 2023, and counsel for Plaintiffs does not oppose.

This case concerns Plaintiff's application for asylum, which has been pending with U.S. Citizenship and Immigration Services (USCIS) since August 2017. Plaintiff is currently scheduled an interview on this application on August 23, 2023. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application and USCIS will endeavor to do so within 120 days of the completion of the interview.

The parties therefore stipulate that this matter be held in temporary abeyance through December 21, 2023. The parties further request that all other filing deadlines be similarly vacated.

///

///

1

///

Respectfully submitted,

Dated:  April 14, 2023 　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:  /s/ ELLIOT C. WONG
　　　　　　　　　　　　　　　　　　　　　　 ELLIOT C. WONG
　　　　　　　　　　　　　　　　　　　　　　 Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　　 /s/ CHRISTINA SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　 CHRISTINA SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　 Counsel for Plaintiffs

## ORDER

It is so ordered:

This matter shall be held in temporary abeyance through December 21, 2023.  The Scheduling Conference is continued from July 17, 2023 to January 29, 2024 at 1:30 p.m.  A joint status report shall be filed no later than January 16, 2024 in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed March 16, 2023 (Docket No. 3).

Dated:  April 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2